# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BILL H. DOMINGUEZ, on behalf of himself
and all others similarly situated,

        Plaintiff,

      v.

YAHOO!, INC.

        Defendant.

C.A. No. 2:13-cv-01887

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TIME TO MOVE FOR CLASS CERTIFICATION

Defendant Yahoo! Inc. does not object to plaintiff's request for relief from Local Rule 23.1(c)'s requirement that plaintiff file a motion for class certification within ninety 90 days of the filing of the complaint.

Dated:  June 21, 2013

GREENBERG TRAURIG LLP

By:  /s/ Brian T. Feeney
     Brian T. Feeney
     2700 Two Commerce Square
     2001 Market Street
     Philadelphia, PA 19103

     Ian C. Ballon (Admitted *pro hac vice*)
     1900 University Avenue, 5th Floor
     East Palo Alto, CA 94303

     *Attorneys for defendant*
     YAHOO! INC.

## CERTIFICATE OF SERVICE

I, Brian T. Feeney, attorney for Defendants, hereby certify that on June 21, 2013, I served

a true and correct copy of the foregoing Response to Plaintiff's Motion to Extend Time to Move

for Class Certification via this Court's Electronic Court Filing System upon the following

counsel of record:

James A. Francis, Esquire
Mark D. Mailman, Esquire
Geoffrey Baskerville, Esquire
David A. Searles, Esquire
John Soumilas, Esquire
Francis & Mailman, P.C.
Land Title Building – 19th Floor
100 South Broad Street
Philadelphia, PA  19110
(215) 735-8600

*Attorneys for Plaintiff*


/s/ Brian T. Feeney
Brian T. Feeney, Esquire