# EXHIBIT A

2500

http://m.yahoo.com/mail

🔒 7:21AM, Nov 21 2012

Fr: uncommercial@namenetsy.com S: Eat Yourself Skinny. B: <!DOCTYPE HTML PUBLIC "-//W3C//DTD...

Read It : http://m.yahoo.com/mail

🔒 7:51AM, Nov 21 2012

   

Enter message here

T··Mobile

  8:36 AM

92500

Read It :
http://m.yahoo.com/mail

🔒 2:13AM, Dec 4 2012

Fr: TheChildrensPlace@email.childrensplace.com S: Starts Today: Extra 30% Off Everything +...

Read It :
http://m.yahoo.com/mail

🔒 3:40AM, Dec 4 2012

   

Read It :
http://m.yahoo.com/mail

9:49AM, Jan 10

Fr: oldnavy@email.oldnavy.com S: Clearance! B: Old Navy http://click.email.oldnavy...

Read It :
http://m.yahoo.com/mail

9:50AM, Jan 10



Read It :
http://m.yahoo.com/mail

2:59PM, Feb 26

Fr: directv@cm.directv.com S:
It's not too late to catch this
Nominee! B: To view this
email...

Read It :
http://m.yahoo.com/mail

3:05PM, Feb 26




Read It :
http://m.yahoo.com/mail

7:26PM, Mar 16

Fr: Sale@onlinephotosmail.com S: Looking for up to date Computer Education B: <!DOCTYPE HTML...

Read It :
http://m.yahoo.com/mail

8:18PM, Mar 16

   

Enter message here

Read It :
http://m.yahoo.com/mail

6:38AM, Apr 1

Fr: subscribers@careerwatcheducation.com S: Apply for Section 8 Housing... Save Money on the...

Read It :
http://m.yahoo.com/mail

7:02AM, Apr 1

   

Enter message here

  7:30 AM

500

Read It :
http://m.yahoo.com/mail

6:22AM, May 28

Fr: subscribers@careerwatcheducation.com S: Date Beautiful Russian Girls B: Date Beautiful…

Read It :
http://m.yahoo.com/mail

6:54AM, May 28

   

Enter message here