# EXHIBIT B

3:52 PM

**Help**
🔒 5:54 AM, Sep 9 2012

You have signed out of Y! Messenger. To sign back in, select reply and type IN yahooID password
🔒 5:54 AM, Sep 9 2012

**Help**
🔒 5:54 AM, Sep 9 2012

   

enter message here




> select reply and type IN yahooID password
> 5:55AM, Sep 9 2012

> Stop
> 5:55AM, Sep 9 2012

> Unfortunately we were unable to understand your request. Please try again.
> 5:55AM, Sep 9 2012


   

Enter message here

Case 2:13-cv-01887-MMB   Document 39-6   Filed 12/20/13   Page 4 of 9

3:54 PM

HELP2 = more info
6:50AM, Sep 9, 2012

Stop
6:51AM, Sep 9, 2012

You have signed out of Y! Messenger. To sign back in, select reply and type IN yahooID password
6:51AM, Sep 9, 2012

Enter message here

> Invalid command. Yahoo! commands are:
> IN yahooID password = Sign in
> OUT = Sign out
> TO yahooID message = Send msg
> HELP2 = more info
>
> 6:19AM, Sep 6 2012

> Help
>
> 8:56AM, Sep 6 2012

   

Enter message here

3:49 PM

> OUT ALL =Sign out everywhere
> HELP2 =more info
>
> 8:57AM, Sep 8 2012

> Not a yahoo acct but previous owner was. Stop sending text alerts to this number! I do not have or use email. This number is no longer the property of jose gonzales. Stop sending alerts.
>
> 9:01AM, Sep 8 2012

   

Enter message here

3:49 PM

> sending text alerts to this number! I do not have or use email. This number is no longer the property of jose gonzales. Stop sending alerts.
>
> 9:01 AM, Sep 8 2012

> Unfortunately we were unable to understand your request. Please try again.
>
> 9:01 AM, Sep 8 2012

Enter message here



 3:49 PM

🔒 9:02AM, Sep 8 2012

Stop sending text alerts to this number

🔒 9:02AM, Sep 8 2012

You have signed out of Y! Messenger. To sign back in, select reply and type IN yahooID password

🔒 9:02AM, Sep 8 2012

   

Enter message here

3:49 PM



I never had a yahoo acct


9:03AM, Sep 8 2012

Unfortunately we were unable to understand your request. Please try again.


9:03AM, Sep 8 2012

Stop

9:03AM, Sep 8 2012

   

Enter message here