IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BILL H. DOMINGUEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>YAHOO, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION<br><br>NO. 13-cv-01887 |

## ORDER

**AND NOW**, this 9th day of January, 2014, it is hereby ORDERED as follows:

1. This Court ordered an extended briefing schedule in its August 16, 2013 Order. Because this extended briefing schedule prevents this Court from adhering to its general practice of deciding motions within six months, this case shall be transferred to the Civil Suspense File;

2. The Clerk of the Court shall mark this case closed for statistical purposes;

3. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket in 365 days or upon further order of the Court; and

4. The entry of this Order shall not prejudice the rights of the parties to this litigation.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**Michael M. Baylson, U.S.D.J.**

O:\CAITLIN\CIVIL\13-1887 (DOMINGUEZ)\2014.1.8 SUSPENSE ORDER.DOCX