# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BILL H. DOMINGUEZ, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br>v.<br><br>**YAHOO, INC.,**<br><br>Defendant. | **CIVIL ACTION**<br><br><br><br>**NO. 13-cv-01887** |

## ORDER

**AND NOW**, this 20th day of March, 2014, after consideration of Defendant, Yahoo!, Inc.'s Motion for Summary Judgment (ECF 14) and all related briefing, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CAITLIN\CIVIL\13-1887 (DOMINGUEZ)\2014.3.17 MSJ ORDER.DOCX