UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 14-1751

BILL H. DOMINGUEZ, on behalf of himself
And all others similarly situated,
                                 Appellant

v.

YAHOO, INC.

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-13-cv-01887)
District Judge: Honorable Michael M. Baylson

Argued November 21, 2014

Before: AMBRO, SCIRICA, and ROTH, Circuit Judges

JUDGMENT

This cause came on to be heard on the record before the United States District Court for the Eastern District of Pennsylvania and was argued on November 21, 2014.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated March 20, 2014, is hereby vacated. The case is remanded for further proceedings. No costs are assessed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: October 23, 2015

Certified as a true copy and issued in lieu of a formal mandate on November 16, 2015

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**