# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BILL H. DOMINGUEZ,** *on behalf of himself and all others similarly situated*<br><br>v.<br><br>**YAHOO, INC.** | **CIVIL ACTION**<br><br>**NO. 13-1887** |

## ORDER

**AND NOW**, this 6th day of October, 2016, because the parties have agreed to delayed briefing in this matter, the Court **ORDERS** as follows:

1. The case shall be transferred to the Civil Suspense File;

2. The Clerk of the Court shall mark this case closed for statistical purposes;

3. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket in 365 days or upon further order of the Court;

4. The entry of this Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

*/s/ Michael M. Baylson*

Michael M. Baylson, U.S.D.J.

O:\CIVIL 13\13-1887 DOMINGUEZ V. YAHOO\13CV1887 SUSPENSE ORDER.DOCX