# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BILL H. DOMINGUEZ, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YAHOO!, INC. )<br>)<br>Defendant. ) | CLASS ACTION<br><br>C. A. No. 13-1887 |

## DECLARATION OF BILL H. DOMINGUEZ

I, Bill H. Dominguez, state that I am above 18 years of age, am competent to testify, and if called as a witness in this action would testify as follows:

1. I am the plaintiff in the above-captioned matter.

2. I purchased a Samsung Gravity smart phone from a T-Mobile store in Philadelphia, Pennsylvania in late December 2011. The telephone number assigned to my new phone was a telephone number that I had never had before. I learned later that the phone number had been previously held by an individual that I do not know.

3. Shortly after purchasing the new phone, I began to receive unsolicited text messages from Yahoo!.

4. The content of the messages generally advertised certain products or invited me to sign up for some service.

5. Examples of some of the text messages are described below:

(a) A text sent on November 21, 2012 at 7:51 a.m. stated "Eat Yourself Skinny," presumably an advertisement for a weight loss product;

(b) A text sent December 4, 2012 at 3:41 a.m. concerned "The Childrens Place," and advertised "Today: Extra 30% Off Everything";

(c) A text sent at 9:50 a.m. on January 10 advertised "Clearance! B: Old Navy";

(d) A text sent at 3:05 p.m. on February 26, relating to "directv.com, advertised "It's not too late to catch this Nominee!"

(e) A text sent at 8:18 p.m. on March 16 advertised "Looking for up to date Computer Education;"

(f) A text sent at 7:02 a.m. on April 1 stated "Apply for Section 8 Housing … Save Money;" and,

(g) A text sent at 6:54 a.m. on May 8 stated "Date Beautiful Russian Girls."

6. All the messages instructed me to "Read It: http://m.yahoo.com/mail."

7. I have never had an email account with Yahoo! and did not sign up for any form of text message notification service through Yahoo!

8. I never consented to the receipt of the text messages sent by Yahoo!

9. According to the records of T-Mobile, the first such text arrived at 8:04:56 a.m. on December 29, 2011. Those records show that Yahoo! sent 21 texts throughout that day to my phone.

10. By March 2012, I was receiving approximately 50 to 60 unsolicited text messages from Defendant every day, and at all times of day and night.

11. Yahoo! continued to send text messages many times throughout the day and night. For example, on September 9, 2012, the T-Mobile records show that Yahoo! sent 189 texts, beginning at 2:52:46 a.m. and concluding at 11:37:05 p.m.; on November 3, 2012, the T-Mobile records show that Yahoo! sent 71 texts, from 12:09:34 a.m. through 11:44:12 p.m.; on

January 29, 2013, the T-Mobile records show that Yahoo! sent 48 texts from 12:05:00 a.m. through 11:46:19 p.m.

12. I eventually began to document the text messages from Yahoo! and have taken photographs of approximately 8,480 of the text messages sent from Yahoo! to my cell phone.

13. The photographs and the T-Mobile records show that text messages were sent from numbers that appeared on my cell phone as 92000, 92466 or 92500.

14. I attempted many times to stop the text messages sent by Yahoo!, all without success.

15. On a number of occasions, including but not limited to September 8, 2012 at 8:56 a.m., 8:57 a.m., 9:01 a.m., 9:02 a.m. and 9:03 a.m., and again on September 9, 2012 at 5:54 a.m., 5:55 a.m., 6:51 a.m. and 8:56 a.m., I responded to the text messages by texting back the words "stop" or "help," which I had been told would stop the texts, and which had worked for me in response to unwanted text messages from other companies.

16. Instead of stopping the texts, however, Yahoo! texted back an immediate, automatic reply in the nature of asking me to sign in with a Yahoo i.d. password, or stating that "Unfortunately we were unable to understand your request. Please try again."

17. In September 2012, I contacted the Federal Communications Commission to get assistance about how to stop the text messages.

18. I spoke with a FCC representative named Kevin, who advised me, before filing a complaint with the FCC, to try to resolve the problem by contacting Yahoo! directly to stop the texting, and Kevin provided me with telephone numbers for Yahoo!

19. I then telephoned Yahoo! and spoke to a representative named Chad. Chad suggested that I try texting the word "Help" to Yahoo!'s number 92466.

20. I followed the Yahoo! representative's instructions, but that did not stop the text messages.

21. I again telephoned Yahoo! and spoke to a woman named Denise, and explained the problem with the unsolicited text messages.

22. Denise responded that there was nothing that could be done to stop the texts unless the former owner of the telephone number accessed the password-protected account and authorized Yahoo! to stop the messages.

23. I then asked to speak with a supervisor. The supervisor, who identified himself as Castro, told me the same thing – that the unsolicited text messages would only stop if the former owner of the account so authorized. Castro stated that "As far as Yahoo! is concerned, that number will always belong to Jose Gonzalez."

24. Since I did not know the whereabouts of the former owner of the telephone number, I suggested that litigation might be his only option. Castro replied "so sue me."

25. I then asked to speak to Castro's supervisor. Castro at first resisted letting me speak to his supervisor but eventually referred me to a person named Jessie, who repeated Yahoo!'s position that Yahoo! would only recognize a request from the former owner of the telephone number to stop texting the messages.

26. I again contacted the FCC to see if it could help, and again spoke to the representative named Kevin.

27. Kevin called Yahoo! himself with me on the line, and I could hear Kevin's side of the conversation. Kevin asked the Yahoo! representative to stop the texting.

28. Kevin told me that the Yahoo! representative repeated the company's position that Yahoo! did not have to stop the texts.

29. I filed two complaints with the FCC relating to the text messages, submitted on September 11, 2012, and September 28, 2012.

30. I also filed a complaint concerning Yahoo!'s texting with the Federal Trade Commission on September 11, 2012.

31. None of my many efforts to get Yahoo! to cease texting me were successful, before this lawsuit was filed.

32. By the time Yahoo! discontinued its text message practice, my T-Mobile records show that I had received 27,809 unsolicited text messages, or an average of roughly 54 per day.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 10, 2016

BILL H. DOMINGUEZ