## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BILL H. DOMINGUEZ, on behalf of himself and all others similarly situated, | : : : |
| Plaintiff, | : : |
| v. | : : |
| YAHOO!, INC. | : : |
| Defendant. | : : : |

C.A. No. 2:13-cv-01887

## ORDER

AND NOW, this _____ day of _____, 2016, upon consideration of defendant Yahoo! Inc.'s Motion to Exclude Plaintiff's Expert Witnesses, and any response thereto, it is hereby ORDERED that said motion is GRANTED.

The proffered expert testimony of Saravana Krishnamurthy, Jeffrey Hansen, Randall Snyder and Gerald Christensen do not meet the requirements of Fed. R. Evid. 702 are hereby EXCLUDED.

BY THE COURT:

_____
Michael M. Baylson, J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BILL H. DOMINGUEZ, on behalf of himself and all others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 2:13-cv-01887 |
| YAHOO!, INC., | : : : | |
| Defendant | : : | |

## <u>OMNIBUS MOTION TO EXCLUDE PLAINTIFF'S EXPERT WITNESSES</u>

Pursuant to Fed. R. Evid. 702, defendant Yahoo! Inc. ("Yahoo") hereby moves this Court to enter an order to exclude the opinions of plaintiff's purported expert witnesses, Saravana Krishnamurthy, Gerald Christensen, Jeffrey Hansen, and Randall Snyder. In support of its Motion, Yahoo relies on the accompanying memorandum of law.

WHEREFORE, Defendant Yahoo! Inc. respectfully requests that this Court grant its motion and enter the attached proposed order.

Dated:  October 14, 2016                   GREENBERG TRAURIG LLP


By:    */s/ Brian T. Feeney*
         Brian Feeney
         2700 Two Commerce Square
         2001 Market Street
         Philadelphia, PA 19103

         Ian C. Ballon (Admitted pro hac vice)
         1900 University Avenue
         5th Floor
         East Palo Alto, CA 94303

         Lori Chang (Admitted pro hac vice)
         1840 Century Park EastSuite 1900
         Los Angeles, CA 90067

         *Attorneys for defendant*
         YAHOO! INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BILL H. DOMINGUEZ, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> YAHOO!, INC., <br><br> Defendant | : <br> : <br> : <br> : <br> : <br> :    C.A. No. 2:13-cv-01887 <br> : <br> : <br> : <br> : <br> : <br> : |

**MEMORANDUM OF LAW IN SUPPORT OF YAHOO! INC.'S OMNIBUS MOTION TO EXCLUDE PLAINTIFF'S EXPERT OPINIONS**

PROPOSED TO BE FILED UNDER SEAL PURSUANT
TO CONFIDENTIALITY PROTECTIVE ORDER (DKT. 31)
AND SUPPLEMENTAL PROTECTIVE ORDER TO GOVERN
THE PRODUCTION/INSPECTION OF SOURCE CODE (DKT. 75)

GREENBERG TRAURIG LLP

Brian Feeney
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Ian C. Ballon (Admitted pro hac vice)
1900 University Avenue
5th Floor
East Palo Alto, CA 94303

Lori Chang (Admitted pro hac vice)
1840 Century Park EastSuite 1900
Los Angeles, CA 90067

*Attorneys for defendant*
YAHOO! INC.

1

# EXHIBIT 1-4

PROPOSED TO BE FILED UNDER SEAL PURSUANT
TO CONFIDENTIALITY PROTECTIVE ORDER (DKT. 31)
AND SUPPLEMENTAL PROTECTIVE ORDER TO GOVERN
THE PRODUCTION/INSPECTION OF SOURCE CODE (DKT. 75)

# EXHIBIT 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3
 4     _____
                                          )
 5     ALICE LEE, et al.,                 )
                                          )
 6              Plaintiffs,               )
                                          )
 7     vs.                                )   CASE NO.
                                          )   2:15-cv-02495-
 8     GLOBAL TEL*LINK CORPORATION,       )   ODW-PLA
                                          )
 9                                        )
                Defendant.                )
10     _____)
11
12
13
14        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15        VIDEOTAPED DEPOSITION OF JEFFREY A. HANSEN
16                 San Diego, California
17                Monday, July 18, 2016
18                     Volume I
19
20
21
22     Reported by:
       MONICA M. CLINE
23     RPR, CSR No. 8933
24     Job No. 2347447
25     PAGES 1 - 266
```

Page 1

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | take because of your service in the Navy; isn't that | 09:24:37 AM |
| 2 | right? | 09:24:42 AM |
| 3 | A    No.   That one I was able to take because I | 09:24:42 AM |
| 4 | was currently at the Regional Computer Forensics | 09:24:46 AM |
| 5 | Laboratory at the time. | 09:24:50 AM |
| 6 | Q    All right.   Well, we'll get to that. | 09:24:51 AM |
| 7 | Was there any test given at the end of that | 09:24:56 AM |
| 8 | course? | 09:24:59 AM |
| 9 | A    There was testing along the way, I know | 09:25:04 AM |
| 10 | that. | 09:25:06 AM |
| 11 | Q    So there were tests given as part of that | 09:25:06 AM |
| 12 | course? | 09:25:09 AM |
| 13 | A    Yes. | 09:25:09 AM |
| 14 | Q    All right.   And what grade did you get? | 09:25:10 AM |
| 15 | A    I aced them. | 09:25:15 AM |
| 16 | Q    Did you obtain the certification for | 09:25:16 AM |
| 17 | Encase? | 09:25:18 AM |
| 18 | A    No. | 09:25:19 AM |
| 19 | Q    Why not? | 09:25:20 AM |
| 20 | A    Because it wasn't being offered. | 09:25:21 AM |
| 21 | Q    By who? | 09:25:24 AM |
| 22 | MR. LESTER:  By everybody, I would imagine. | 09:25:27 AM |
| 23 | Form of the question. | 09:25:29 AM |
| 24 | MR. GERSHMAN:  Is there an objection? | 09:25:30 AM |
| 25 | MR. LESTER:  Yeah, object to the form. | 09:25:32 AM |

Page 29

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 156

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| 1 | MR. GERSHMAN: That was a speaking | 09:25:33 AM |
| 2 | objection. | 09:25:34 AM |
| 3 | MR. LESTER: It's vague. Okay. | 09:25:35 AM |
| 4 | THE WITNESS: Again, this wasn't the same | 09:25:36 AM |
| 5 | course that was being -- well, it might have been | 09:25:37 AM |
| 6 | the same content as what was being offered to the | 09:25:40 AM |
| 7 | public, but this particular course was not being | 09:25:43 AM |
| 8 | offered to the public. So it wasn't a certification | 09:25:44 AM |
| 9 | course for me. In the public world they would have | 09:25:48 AM |
| 10 | gotten a certification out of it providing it was | 09:25:53 AM |
| 11 | the same syllabus. | 09:25:55 AM |
| 12 | BY MR. GERSHMAN: | 09:25:59 AM |
| 13 | Q So you elected to attend a course where you | 09:25:59 AM |
| 14 | could -- where you were not eligible for a | 09:26:01 AM |
| 15 | certification? | 09:26:07 AM |
| 16 | A I didn't feel that I needed the | 09:26:08 AM |
| 17 | certification itself. I wanted to know the | 09:26:09 AM |
| 18 | material. | 09:26:13 AM |
| 19 | Q You were more interested in the information | 09:26:14 AM |
| 20 | than the certificate? | 09:26:16 AM |
| 21 | A Yes. | 09:26:18 AM |
| 22 | Q But other people out in the public who | 09:26:19 AM |
| 23 | didn't have access to that nonpublic course, they | 09:26:23 AM |
| 24 | could obtain theoretically a certification? | 09:26:26 AM |
| 25 | A I believe that it is the same syllabus as | 09:26:29 AM |

Page 30

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 157

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| 1 | what they have for the public. | 09:26:32 AM |
|---|---|---|
| 2 | Q    Did you ever sign up to take the | 09:26:36 AM |
| 3 | certification test? | 09:26:38 AM |
| 4 | A    No. | 09:26:40 AM |
| 5 | Q    All right.  How about Access Data Forensics | 09:26:42 AM |
| 6 | Toolkit, how long was that course? | 09:26:45 AM |
| 7 | A    That was a few days as well. | 09:26:47 AM |
| 8 | Q    Was there testing? | 09:26:48 AM |
| 9 | A    Yes.  The same applies as what was with the | 09:26:50 AM |
| 10 | Encase. | 09:26:54 AM |
| 11 | Q    Okay.  So to use your words, you aced all | 09:26:54 AM |
| 12 | of the testing? | 09:26:57 AM |
| 13 | A    Yes. | 09:26:58 AM |
| 14 | Q    And did you take any certification tests? | 09:26:58 AM |
| 15 | A    No. | 09:27:02 AM |
| 16 | Q    Certification testing was available; | 09:27:03 AM |
| 17 | correct? | 09:27:07 AM |
| 18 | A    I know in a civilian world Access Data | 09:27:07 AM |
| 19 | provides a certification. | 09:27:10 AM |
| 20 | Q    Right. | 09:27:12 AM |
| 21 | So at this time were you in the Navy? | 09:27:13 AM |
| 22 | A    No. | 09:27:18 AM |
| 23 | Q    So you were a civilian? | 09:27:19 AM |
| 24 | A    Yes. | 09:27:20 AM |
| 25 | Q    Okay.  So had you wanted to, you could have | 09:27:21 AM |

Page 31

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 158

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | | |
|---|---|---|---|
| 1 | | signed up for that certification testing? | 09:27:24 AM |
| 2 | A | If I wanted to pay for it. | 09:27:26 AM |
| 3 | Q | Right. | 09:27:27 AM |
| 4 | | And the same thing for Encase; right? | 09:27:28 AM |
| 5 | A | Yes. | 09:27:30 AM |
| 6 | Q | Okay.  You just didn't do it? | 09:27:31 AM |
| 7 | A | Correct. | 09:27:32 AM |
| 8 | Q | So since 2006 there's no other professional | 09:27:50 AM |
| 9 | | education? | 09:27:55 AM |
| 10 | A | No. | 09:27:58 AM |
| 11 | Q | I'm correct? | 09:27:59 AM |
| 12 | A | Correct. | 09:28:00 AM |
| 13 | Q | Are there any -- other than a driver's | 09:28:05 AM |
| 14 | | license, do you have any licenses?  I'm using the | 09:28:08 AM |
| 15 | | term licenses as something different from a | 09:28:12 AM |
| 16 | | certification. | 09:28:14 AM |
| 17 | A | In the same context as a driver's license, | 09:28:21 AM |
| 18 | | I'm a licensed amateur radio operator. | 09:28:25 AM |
| 19 | Q | So let me -- that's a fair response.  Let | 09:28:27 AM |
| 20 | | me be more specific. | 09:28:30 AM |
| 21 | | Do you have any professional licenses? | 09:28:31 AM |
| 22 | A | No. | 09:28:35 AM |
| 23 | Q | Okay.  You have listed several professional | 09:28:36 AM |
| 24 | | certifications, so we can just focus in on those | 09:28:41 AM |
| 25 | | then. | 09:28:44 AM |

Page 32

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 159

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | Any of these certifications that you have | 09:28:46 AM |
| 2 | here on your CV, do they require continuing | 09:28:48 AM |
| 3 | education? | 09:28:51 AM |
| 4 | A    Yes. | 09:28:53 AM |
| 5 | Q    But you haven't taken any continuing | 09:28:54 AM |
| 6 | education since 2006? | 09:28:57 AM |
| 7 | A    These certifications were obtained before | 09:28:59 AM |
| 8 | 2006. | 09:29:02 AM |
| 9 | Q    Did they require any continuing education | 09:29:03 AM |
| 10 | to maintain them, any of them? | 09:29:05 AM |
| 11 | A    Microsoft would encourage people to | 09:29:11 AM |
| 12 | continue with the certifications, but it's not a | 09:29:14 AM |
| 13 | requirement. | 09:29:18 AM |
| 14 | Q    Are all of your professional certifications | 09:29:29 AM |
| 15 | identified here on your CV? | 09:29:31 AM |
| 16 | A    Yes. | 09:29:34 AM |
| 17 | Q    Why don't we just go through these one at a | 09:29:45 AM |
| 18 | time. | 09:29:49 AM |
| 19 | Do you remember when you earned the MCP 4.0 | 09:29:49 AM |
| 20 | cert? | 09:29:54 AM |
| 21 | A    I do have those certifications on that CD | 09:29:54 AM |
| 22 | that I gave you, but I'm going off the top of my | 09:29:58 AM |
| 23 | head.  All of these certifications were obtained | 09:30:00 AM |
| 24 | between 2000 and 2002. | 09:30:03 AM |
| 25 | Q    Did you take an MCP exam? | 09:30:16 AM |

Page 33

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 160

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | customizing and operating personal computers; is | 09:35:12 AM |
| 2 | that right? | 09:35:15 AM |
| 3 | A    That would be a good description of it. | 09:35:16 AM |
| 4 | Q    And the A+ certification, it only lasts for | 09:35:21 AM |
| 5 | three years from the date of the exam; isn't that | 09:35:23 AM |
| 6 | right? | 09:35:26 AM |
| 7 | A    Again, Comp TIA would want people to | 09:35:26 AM |
| 8 | keep -- you know, to continue to take new | 09:35:30 AM |
| 9 | certification exams. | 09:35:32 AM |
| 10 | Q    So that's correct, it only lasts for three | 09:35:33 AM |
| 11 | years? | 09:35:37 AM |
| 12 | A    Yes, I believe. | 09:35:38 AM |
| 13 | Q    To keep it valid you need to earn 20 | 09:35:40 AM |
| 14 | continuing education units over a three-year period | 09:35:43 AM |
| 15 | and submit it to Comp TIA; correct? | 09:35:46 AM |
| 16 | A    Well, I don't have it in front of me, so -- | 09:35:52 AM |
| 17 | Q    You don't know? | 09:35:54 AM |
| 18 | A    What's that? | 09:35:55 AM |
| 19 | Q    You just don't know? | 09:35:55 AM |
| 20 | A    Yeah, I don't know. | 09:35:56 AM |
| 21 | Q    In any event, you earned that sometime | 09:35:58 AM |
| 22 | between 2000 and 2002? | 09:36:01 AM |
| 23 | A    That's correct. | 09:36:02 AM |
| 24 | Q    And you did not take the continuing | 09:36:04 AM |
| 25 | education to keep it current? | 09:36:06 AM |

Page 38

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 162

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | A    I didn't take any other continuing ed on | 09:36:10 AM |
| 2 | it, no. | 09:36:13 AM |
| 3 | Q    So you did not keep it current? | 09:36:14 AM |
| 4 | A    Again, I'm taking your word on it if there | 09:36:16 AM |
| 5 | is an expiration on it. | 09:36:18 AM |
| 6 | Q    You don't know if your certification has | 09:36:19 AM |
| 7 | expired? | 09:36:21 AM |
| 8 | A    That's been 16 years ago.  I know in the | 09:36:24 AM |
| 9 | industry if you have an A+ certification, employers | 09:36:27 AM |
| 10 | typically don't expect somebody to go retake it, | 09:36:30 AM |
| 11 | especially if they've been working in the field. | 09:36:33 AM |
| 12 | Again, those certifications are what would be | 09:36:35 AM |
| 13 | expected to get a job in the industry.  If somebody | 09:36:37 AM |
| 14 | has been working in the field, it is pretty much a | 09:36:41 AM |
| 15 | waste of time to go back and keep up on their | 09:36:45 AM |
| 16 | certifications, because they're already in the | 09:36:48 AM |
| 17 | industry. | 09:36:50 AM |
| 18 | Q    So you don't know if it is expired? | 09:36:51 AM |
| 19 | A    I don't know if it is. | 09:36:53 AM |
| 20 | Q    Next in the list it says Network+, that's | 09:36:59 AM |
| 21 | also from Comp TIA; right? | 09:37:02 AM |
| 22 | A    Yes. | 09:37:04 AM |
| 23 | Q    It is an entry level certification for | 09:37:05 AM |
| 24 | network technicians; correct? | 09:37:08 AM |
| 25 | A    That would be fair, yes. | 09:37:12 AM |

Page 39

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 163

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | Q    You need nine months networking experience | 09:37:15 AM |
| 2 | before sitting for the exam? | 09:37:17 AM |
| 3 | A    Yes.  It represents somebody with at least | 09:37:21 AM |
| 4 | nine months of experience. | 09:37:24 AM |
| 5 | Q    Like the A+, you need to take continuing | 09:37:35 AM |
| 6 | education to renew it after three years; right? | 09:37:37 AM |
| 7 | A    I'm not sure on that one. | 09:37:41 AM |
| 8 | Q    So sitting here you don't know if that's | 09:37:43 AM |
| 9 | expired? | 09:37:45 AM |
| 10 | A    Correct.  And the same applies as before, | 09:37:47 AM |
| 11 | there's no need for me to renew it.  I was already | 09:37:49 AM |
| 12 | in the industry. | 09:37:52 AM |
| 13 | Q    MCP 2000, this certification relates to | 09:37:54 AM |
| 14 | Microsoft 2000 products; correct? | 09:38:03 AM |
| 15 | A    Yes. | 09:38:05 AM |
| 16 | Q    And that is a retired certification to use | 09:38:06 AM |
| 17 | Microsoft language; correct?  Or a Legacy | 09:38:10 AM |
| 18 | certification? | 09:38:13 AM |
| 19 | A    Yes. | 09:38:15 AM |
| 20 | Q    Microsoft no longer supports Microsoft 2000 | 09:38:16 AM |
| 21 | products; correct? | 09:38:19 AM |
| 22 | A    In general, no. | 09:38:23 AM |
| 23 | Q    There is no way to renew this certification | 09:38:30 AM |
| 24 | because it's been retired by Microsoft; correct? | 09:38:31 AM |
| 25 | A    Microsoft still offers MCP certifications. | 09:38:36 AM |

Page 40

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 164

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| 1  | Q      Are you retracting your testimony about you | 09:44:20 AM |
| 2  | have seen it? | 09:44:23 AM |
| 3  | A      I have seen Microsoft being used, 2003 | 09:44:24 AM |
| 4  | Server. | 09:44:28 AM |
| 5  | Q      So that's the it? | 09:44:29 AM |
| 6  | A      Yes. | 09:44:30 AM |
| 7  | Q      Nothing more? | 09:44:31 AM |
| 8  | A      No. | 09:44:32 AM |
| 9  | Q      What is MCSE? | 09:44:42 AM |
| 10 | A      Microsoft Certified Systems Engineer. | 09:44:44 AM |
| 11 | Q      And Microsoft offers a recertification for | 09:44:55 AM |
| 12 | that; correct? | 09:44:57 AM |
| 13 | A      Yes, they do. | 09:45:00 AM |
| 14 | Q      And to do that you have to pass an exam? | 09:45:02 AM |
| 15 | A      Yes. | 09:45:05 AM |
| 16 | Q      And have you done that? | 09:45:06 AM |
| 17 | A      Actually, that would be, I believe, seven | 09:45:07 AM |
| 18 | exams. | 09:45:10 AM |
| 19 | Q      But to recertify, you have to pass an exam; | 09:45:12 AM |
| 20 | right? | 09:45:14 AM |
| 21 | A      Yes. | 09:45:16 AM |
| 22 | Q      Have you done that? | 09:45:16 AM |
| 23 | A      No. | 09:45:17 AM |
| 24 | Q      So MCSE you have not recertified; correct? | 09:45:18 AM |
| 25 | A      Correct.  I haven't obtained the more | 09:45:23 AM |

Page 46

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 166

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | | |
|---|---|---|---|
| 1 | | correct? | 09:46:28 AM |
| 2 | A | Yeah, I believe it was representative of | 09:46:28 AM |
| 3 | | six months of experience. | 09:46:31 AM |
| 4 | Q | And did you -- on the disk did you produce | 09:46:33 AM |
| 5 | | your certification number from that certification? | 09:46:37 AM |
| 6 | A | Yes. | 09:46:39 AM |
| 7 | Q | I-Net+ is also issued by Comp TIA; right? | 09:46:44 AM |
| 8 | A | Yes. | 09:46:49 AM |
| 9 | Q | And requires six months of IT experience? | 09:46:54 AM |
| 10 | A | Yes. | 09:46:58 AM |
| 11 | Q | It's a low level, entry level certificate? | 09:47:01 AM |
| 12 | A | Again, as representative of somebody with | 09:47:04 AM |
| 13 | | about six months of experience. | 09:47:06 AM |
| 14 | Q | And that certification was retired in 2007; | 09:47:09 AM |
| 15 | | correct? | 09:47:14 AM |
| 16 | A | I'm not sure. I didn't follow that. | 09:47:14 AM |
| 17 | Q | So you're not -- are you aware of whether | 09:47:18 AM |
| 18 | | that one is retired? | 09:47:20 AM |
| 19 | A | Again, I am not -- I'm not aware of whether | 09:47:23 AM |
| 20 | | it is or not. | 09:47:25 AM |
| 21 | Q | Security+ is also given by Comp TIA; right? | 09:47:30 AM |
| 22 | A | Yes. | 09:47:34 AM |
| 23 | Q | Are you aware of whether that is supposed | 09:47:47 AM |
| 24 | | to be renewed every three years? | 09:47:48 AM |
| 25 | A | Mine does not have to be. Mine does not | 09:47:51 AM |

Page 48

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 168

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | expire. | 09:47:53 AM |
| 2 | Q    Why do you say it does not have to be | 09:47:54 AM |
| 3 | renewed every three years? | 09:47:56 AM |
| 4 | A    That particular one I followed up and | 09:47:57 AM |
| 5 | checked on it.  And because I took my exam when I | 09:47:59 AM |
| 6 | did, mine does not retire.  I took my exam before | 09:48:04 AM |
| 7 | Security+ was offered to the public.  I was one of | 09:48:11 AM |
| 8 | the people to give feedback for Comp TIA in | 09:48:13 AM |
| 9 | developing that exam. | 09:48:17 AM |
| 10 | Q    So that would have been sometime between | 09:48:20 AM |
| 11 | 2000 and 2002? | 09:48:22 AM |
| 12 | A    Yes. | 09:48:24 AM |
| 13 | Q    Okay.  At that time when they issued the | 09:48:24 AM |
| 14 | certifications, it is your understanding that if you | 09:48:28 AM |
| 15 | got it at that time you didn't ever have to renew | 09:48:30 AM |
| 16 | it? | 09:48:32 AM |
| 17 | A    In my case I know that to be the case. | 09:48:34 AM |
| 18 | Q    Right. | 09:48:37 AM |
| 19 | How about now, someone went out -- if some | 09:48:38 AM |
| 20 | civilian went out there and got the certification, | 09:48:41 AM |
| 21 | they're subject to the renewal requirement? | 09:48:43 AM |
| 22 | A    Yes. | 09:48:45 AM |
| 23 | MR. LESTER:  Calls for -- go ahead. | 09:48:46 AM |
| 24 | THE WITNESS:  Yeah, that one I happen to | 09:48:47 AM |
| 25 | know. | 09:48:50 AM |

Page 49

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | /// | 09:48:50 AM |
| 2 | BY MR. GERSHMAN: | 09:48:50 AM |
| 3 | Q    CIW Security Analyst, who issues that? | 09:48:50 AM |
| 4 | A    CIW, I believe that was the name. | 09:48:56 AM |
| 5 | Q    And that was retired in 2011; correct? | 09:49:01 AM |
| 6 | A    I'm not sure. | 09:49:05 AM |
| 7 | Q    Do you know sitting here whether that is | 09:49:06 AM |
| 8 | current or retired? | 09:49:09 AM |
| 9 | A    No, I don't know.  And that one I don't | 09:49:10 AM |
| 10 | have produced because I wasn't -- I went to their | 09:49:14 AM |
| 11 | website, I wasn't able to obtain a copy of it.  It | 09:49:17 AM |
| 12 | seems like their site had to be redone or something. | 09:49:23 AM |
| 13 | Q    Was the site active or was it just blank? | 09:49:29 AM |
| 14 | A    No, it was active.  They said that they had | 09:49:32 AM |
| 15 | to -- their site had gone down and people had to | 09:49:34 AM |
| 16 | reestablish their accounts or something to that | 09:49:40 AM |
| 17 | effect.  Either way I wasn't able to log in. | 09:49:42 AM |
| 18 | Q    When was that? | 09:49:45 AM |
| 19 | A    A few weeks ago. | 09:49:47 AM |
| 20 | Q    How many times did you check? | 09:49:50 AM |
| 21 | A    How many times did I check when? | 09:50:00 AM |
| 22 | Q    You mentioned a few weeks ago you went to | 09:50:02 AM |
| 23 | the website. | 09:50:05 AM |
| 24 | A    Yes. | 09:50:05 AM |
| 25 | Q    Is it just the one time?  That's what I'm | 09:50:06 AM |

Page 50

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | asking. | 09:50:08 AM |
| 2 | A    In recent history, yes. | 09:50:09 AM |
| 3 | Q    Okay.  As far as you can remember? | 09:50:11 AM |
| 4 | A    Yes, as far as I can remember.  Naturally I | 09:50:14 AM |
| 5 | went there long ago. | 09:50:17 AM |
| 6 | Q    You're a certified teacher? | 09:50:40 AM |
| 7 | A    I was. | 09:50:42 AM |
| 8 | Q    When did you get that certification? | 09:50:44 AM |
| 9 | A    I believe that was around the year 2000. | 09:50:49 AM |
| 10 | Q    What was the certification for? | 09:50:53 AM |
| 11 | A    I think I have it spelled out here.  For | 09:50:56 AM |
| 12 | instructor both for the state of California and the | 09:50:59 AM |
| 13 | state of Oregon there's two separate ones, that was | 09:51:01 AM |
| 14 | through the Bureau for Private Postsecondary and | 09:51:04 AM |
| 15 | Oregon's equivalent of that and that was for being | 09:51:08 AM |
| 16 | an instructor for a computer installation repair | 09:51:11 AM |
| 17 | technology computer systems networking and | 09:51:15 AM |
| 18 | telecommunication microcomputer applications, | 09:51:18 AM |
| 19 | Microsoft and Windows Excel. | 09:51:20 AM |
| 20 | Q    So how many -- according to you, how many | 09:51:22 AM |
| 21 | agencies certified you as a teacher? | 09:51:24 AM |
| 22 | A    That was actually two, two agencies. | 09:51:26 AM |
| 23 | Q    Are they both called Bureau for Private | 09:51:29 AM |
| 24 | Postsecondary and Vocational Education? | 09:51:31 AM |
| 25 | A    I don't know if Oregon went by that name | 09:51:33 AM |

Page 51

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 171

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | specifically, but California did. | 09:51:36 AM |
| 2 | Q   Okay.  So when your CV says certified by | 09:51:37 AM |
| 3 | Bureau for Private Postsecondary and Vocational | 09:51:40 AM |
| 4 | Education, that refers to California; is that right? | 09:51:44 AM |
| 5 | A   Yeah, that refers to California | 09:51:54 AM |
| 6 | specifically. | 09:51:55 AM |
| 7 | Q   Okay.  And the certification that you have | 09:51:58 AM |
| 8 | for Oregon, you don't know who gave that to you; is | 09:52:02 AM |
| 9 | that right? | 09:52:08 AM |
| 10 | A   It was through their state department as | 09:52:08 AM |
| 11 | well -- their Consumer Affairs Department as well. | 09:52:11 AM |
| 12 | Q   Is that the name of it or you're just | 09:52:15 AM |
| 13 | describing it? | 09:52:17 AM |
| 14 | A   I'm describing it. | 09:52:17 AM |
| 15 | Q   Okay.  Did you produce those certifications | 09:52:19 AM |
| 16 | on the disk? | 09:52:23 AM |
| 17 | A   No, not that one. | 09:52:24 AM |
| 18 | Q   Why not? | 09:52:25 AM |
| 19 | A   Because after 16 years I can't locate it. | 09:52:26 AM |
| 20 | Q   Did you -- | 09:52:29 AM |
| 21 | MR. LESTER:  I'm sorry, when you say that | 09:52:30 AM |
| 22 | one -- | 09:52:31 AM |
| 23 | THE WITNESS:  The certification from the | 09:52:32 AM |
| 24 | Department of Consumer Affairs for the Bureau of | 09:52:35 AM |
| 25 | Private Postsecondary.  I don't have that | 09:52:39 AM |

Page 52

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 172

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | certification.  I don't know where I -- I don't know | 09:52:42 AM |
| 2 | where it is after 16 years.  I can't find it. | 09:52:45 AM |
| 3 | BY MR. GERSHMAN: | 09:52:49 AM |
| 4 | Q    So on the disk do you have either | 09:52:49 AM |
| 5 | California or Oregon? | 09:52:52 AM |
| 6 | A    No. | 09:52:54 AM |
| 7 | Q    Did you call the Oregon agency? | 09:52:56 AM |
| 8 | A    No. | 09:53:00 AM |
| 9 | Q    Did you go onto the website to see if you | 09:53:03 AM |
| 10 | could order another copy? | 09:53:05 AM |
| 11 | A    No.  I wouldn't know what website to go to. | 09:53:06 AM |
| 12 | Q    Did you call the Bureau for Private | 09:53:10 AM |
| 13 | Postsecondary and Vocational Education in | 09:53:12 AM |
| 14 | California? | 09:53:15 AM |
| 15 | A    I don't know if they came -- if they came | 09:53:15 AM |
| 16 | back.  That department was done away with for a | 09:53:17 AM |
| 17 | period of time. | 09:53:24 AM |
| 18 | Q    In fact, it is permanently defunct; right? | 09:53:25 AM |
| 19 | A    I don't know.  I know at one time it was no | 09:53:28 AM |
| 20 | more. | 09:53:31 AM |
| 21 | Q    I have asked that the next document be | 09:53:54 AM |
| 22 | marked as Exhibit 31. | 09:53:56 AM |
| 23 | (Exhibit 31 was marked for identification | 09:53:59 AM |
| 24 | by the court reporter and is attached hereto.) | 09:53:59 AM |
| 25 | BY MR. GERSHMAN: | 09:53:59 AM |

Page 53

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 173

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|

```
15     A     I started at Amsec and these are --        11:04:29 AM

16     Q     How many jobs are these?                   11:04:34 AM

17     A     That's what I was going to try to clarify  11:04:35 AM

18   there.                                             11:04:38 AM

19     Q     Thank you.                                 11:04:38 AM

20     A     This is a defense contracting position.    11:04:39 AM

21   I'm still there now.  The way that it works is when 11:04:42 AM

22   a new company wins the bid, basically the new       11:04:48 AM

23   company rolls me over.  So I have been working in   11:04:51 AM

24   that same position from 2004 to the present.  But   11:04:53 AM

25   during that time Amsec had the contract, then       11:04:57 AM
```

Page 93

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | Lateott, then HP. | 11:05:02 AM |
| 2 | Q So then are you employed by those companies | 11:05:05 AM |
| 3 | or are you an independent contractor for them? | 11:05:07 AM |
| 4 | A So I'm employed by these companies. | 11:05:10 AM |
| 5 | Q So no longer employed by Amsec or Lateott, | 11:05:12 AM |
| 6 | but currently HP? Is that the order of it? | 11:05:15 AM |
| 7 | A That's correct. And technically it's | 11:05:19 AM |
| 8 | HP Enterprise Services. It is now a separate | 11:05:20 AM |
| 9 | company from HP. | 11:05:23 AM |
| 10 | Q And this job involves connecting machines | 11:05:25 AM |
| 11 | to the Internet using fiber? | 11:05:30 AM |
| 12 | A When the ships come in and out of the port, | 11:05:34 AM |
| 13 | I provide them with fiber optic connectivity. | 11:05:36 AM |
| 14 | Q How time consuming is that? Is it a | 11:05:53 AM |
| 15 | full-time job? | 11:05:58 AM |
| 16 | A It's a full-time job, but there's a lot of | 11:06:00 AM |
| 17 | wait time. Naturally I have got to wait for the | 11:06:02 AM |
| 18 | ship to pull in and more so. | 11:06:05 AM |
| 19 | Q Do you clock in and out or do you just keep | 11:06:08 AM |
| 20 | a time sheet? | 11:06:11 AM |
| 21 | A We have just a time sheet that we keep. | 11:06:12 AM |
| 22 | Q So how many hours a week on average? | 11:06:15 AM |
| 23 | A Well, it's a 40-hour job. | 11:06:16 AM |
| 24 | Q So what percentage of the 40 hours could | 11:06:19 AM |
| 25 | you estimate is spent actually doing the work as | 11:06:23 AM |

Page 94

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 188

| | | | |
|---|---|---|---|
| 1 | | opposed to waiting for a ship? | 11:06:27 AM |
| 2 | A | About 50 percent. | 11:06:37 AM |
| 3 | Q | Half and half? | 11:06:39 AM |
| 4 | A | Yes. | 11:06:40 AM |
| 5 | Q | So where do you wait? | 11:06:40 AM |
| 6 | A | Well, we wait in a van on the pier. | 11:06:43 AM |
| 7 | Q | What do you do to pass the time? | 11:06:49 AM |
| 8 | A | The deposition transcript I'll be reading | 11:06:53 AM |
| 9 | | while I'm sitting in the van on the pier waiting for | 11:06:56 AM |
| 10 | | the ship to moor. | 11:06:59 AM |
| 11 | Q | Your expert job, that's what -- you do that | 11:07:01 AM |
| 12 | | in the van or -- | 11:07:04 AM |
| 13 | A | Well, yeah, because we're sitting there on | 11:07:05 AM |
| 14 | | the pier waiting for the ship to moor, because we | 11:07:08 AM |
| 15 | | can't go on board until it is actually moored, so | 11:07:11 AM |
| 16 | | I'll get some reading done in the meantime. | 11:07:15 AM |
| 17 | Q | How many hours a week -- let me back up. | 11:07:27 AM |
| 18 | | You have a separate TCPA witness business? | 11:07:32 AM |
| 19 | A | Yes. | 11:07:36 AM |
| 20 | Q | And your e-mail address has a domain of | 11:07:37 AM |
| 21 | | TCPAwitness.com? | 11:07:40 AM |
| 22 | A | Yes. | 11:07:42 AM |
| 23 | Q | How long have you had that? | 11:07:42 AM |
| 24 | A | That domain name? | 11:07:44 AM |
| 25 | Q | Yes. | 11:07:45 AM |

Page 95

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 189

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | A    Roughly about a year.  I'm kind of guessing | 11:07:50 AM |
| 2 | on that. | 11:07:53 AM |
| 3 | Q    How long have you been doing your TCPA | 11:07:53 AM |
| 4 | witness work? | 11:07:56 AM |
| 5 | A    Ultimately since -- let me look on my -- | 11:07:58 AM |
| 6 | ultimately since 2007, October of 2007. | 11:08:05 AM |
| 7 | Q    So how many hours a week do you devote to | 11:08:10 AM |
| 8 | the TCPA witness work? | 11:08:14 AM |
| 9 | A    Currently in the area of 60 or 70, roughly. | 11:08:19 AM |
| 10 | Q    And does that overlap with the 40 hours | 11:08:26 AM |
| 11 | with the ship work? | 11:08:28 AM |
| 12 | A    Some of the stuff that while I'm at the | 11:08:31 AM |
| 13 | base that I can do, for example, reading a | 11:08:32 AM |
| 14 | transcript, that kind of stuff, I can do while I'm | 11:08:36 AM |
| 15 | waiting on a ship.  So that helps offset some of | 11:08:40 AM |
| 16 | that a little bit. | 11:08:45 AM |
| 17 | Q    Why do you have to wait on the dock?  Why | 11:08:46 AM |
| 18 | can't you just show up when the ship comes? | 11:08:48 AM |
| 19 | A    Because they would be calling and | 11:08:51 AM |
| 20 | complaining that nobody is there.  They want | 11:08:52 AM |
| 21 | Internet. | 11:08:55 AM |
| 22 | Q    So do you basically just man the dock and | 11:09:04 AM |
| 23 | then connect the ships that come in or do people | 11:09:07 AM |
| 24 | tell you come and connect the ship because it is | 11:09:10 AM |
| 25 | coming? | 11:09:12 AM |

Page 96

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 190

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | A    No, I know when the ships are coming in. | 11:09:13 AM |
| 2 | We have a schedule. | 11:09:15 AM |
| 3 | Q    So when you add it all up, how many hours a | 11:09:20 AM |
| 4 | week are you working? | 11:09:24 AM |
| 5 | A    Lately for the past -- this past month has | 11:09:28 AM |
| 6 | been crazy.  I have been working 18- to 20-hour | 11:09:40 AM |
| 7 | days. | 11:09:44 AM |
| 8 | Q    So 18 to 20 hours? | 11:09:46 AM |
| 9 | A    Yes.  So I'm actually hoping that it slows | 11:09:48 AM |
| 10 | down. | 11:09:50 AM |
| 11 | Q    How long have you been doing 18- to 20-hour | 11:09:55 AM |
| 12 | days? | 11:09:58 AM |
| 13 | A    That's been going about three months now, | 11:09:59 AM |
| 14 | two to three months. | 11:10:01 AM |
| 15 | Q    Do you have any issues with your systems | 11:10:07 AM |
| 16 | analyst job like being tired? | 11:10:09 AM |
| 17 | A    No. | 11:10:12 AM |
| 18 | Q    No issues? | 11:10:13 AM |
| 19 | A    No. | 11:10:14 AM |
| 20 | Q    The next entry on the CV is 2006 San Diego | 11:10:17 AM |
| 21 | Regional Computer Forensics Lab.  What do you mean | 11:10:22 AM |
| 22 | when you say FBI sponsored? | 11:10:27 AM |
| 23 | A    That is the FBI computer forensics computer | 11:10:30 AM |
| 24 | lab. | 11:10:35 AM |
| 25 | Q    Did you work there? | 11:10:35 AM |

Page 97

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 191

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | | |
|---|---|---|---|
| 1 | A | I was a volunteer for almost a year. | 11:10:36 AM |
| 2 | Q | Were you employed there? | 11:10:41 AM |
| 3 | A | No. | 11:10:42 AM |
| 4 | Q | Okay. So through what program did you | 11:10:43 AM |
| 5 | | volunteer? Did you just know someone and they said | 11:10:46 AM |
| 6 | | come on by? | 11:10:49 AM |
| 7 | A | No. It was kind of unique. I already have | 11:10:53 AM |
| 8 | | a security clearance and so I went to them, I | 11:10:56 AM |
| 9 | | contacted them, and told them I would like to offer | 11:11:03 AM |
| 10 | | my services and help in any way that I can. And we | 11:11:08 AM |
| 11 | | kind of made an agreement that I'll get to learn | 11:11:13 AM |
| 12 | | their whole process and I'll offer -- in exchange | 11:11:17 AM |
| 13 | | I'll offer my services. | 11:11:23 AM |
| 14 | Q | Who was that deal with? | 11:11:26 AM |
| 15 | A | That would be with the director of the RCFL | 11:11:28 AM |
| 16 | | at the time. | 11:11:31 AM |
| 17 | Q | What was that person's name? | 11:11:32 AM |
| 18 | A | Randy Bolelli, I think. I am not going to | 11:11:36 AM |
| 19 | | try and spell his last name. | 11:11:39 AM |
| 20 | Q | Did you already know that person, or did | 11:11:49 AM |
| 21 | | you cold call him? | 11:11:50 AM |
| 22 | A | I cold called him. | 11:11:50 AM |
| 23 | Q | And at the time you said you had a security | 11:11:50 AM |
| 24 | | clearance? | 11:11:51 AM |
| 25 | A | Yes. | 11:11:52 AM |

Page 98

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 192

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | Q   Do you still have that? | 11:11:53 AM |
| 2 | A   Yes. | 11:11:54 AM |
| 3 | Q   Is that by -- how do you get the security | 11:11:55 AM |
| 4 | clearance if you were discharged?  How does that | 11:11:58 AM |
| 5 | work? | 11:11:59 AM |
| 6 | A   Because I work for a government contractor. | 11:12:00 AM |
| 7 | Q   So you maintain it through the contractor | 11:12:02 AM |
| 8 | position? | 11:12:04 AM |
| 9 | A   Yes. | 11:12:04 AM |
| 10 | Q   Did you submit to a background check with | 11:12:10 AM |
| 11 | the laboratory? | 11:12:12 AM |
| 12 | A   I believe they did one independently as | 11:12:14 AM |
| 13 | well. | 11:12:17 AM |
| 14 | Q   Did they polygraph you? | 11:12:17 AM |
| 15 | A   No. | 11:12:20 AM |
| 16 | Q   Drug test? | 11:12:21 AM |
| 17 | A   I don't think so. | 11:12:25 AM |
| 18 | Q   Let me ask it this way. | 11:12:30 AM |
| 19 | Did you provide them with any samples for a | 11:12:31 AM |
| 20 | drug test? | 11:12:33 AM |
| 21 | A   I don't think so. | 11:12:35 AM |
| 22 | Q   And how long were you doing this volunteer | 11:12:39 AM |
| 23 | job? | 11:12:42 AM |
| 24 | A   I did it from -- it was either February or | 11:12:44 AM |
| 25 | March of 2006 all the way through to at least | 11:12:52 AM |

Page 99

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | October, maybe later. | 11:13:00 AM |
| 2 | Q    Did you sign any nondisclosures with them? | 11:13:03 AM |
| 3 | A    My nondisclosure would be my security | 11:13:10 AM |
| 4 | clearance basically. | 11:13:13 AM |
| 5 | Q    Did you fill out any paperwork with them? | 11:13:15 AM |
| 6 | A    I didn't have to fill out paperwork for | 11:13:17 AM |
| 7 | that. | 11:13:18 AM |
| 8 | Q    How do you show them a security clearance? | 11:13:18 AM |
| 9 | Is there a badge? | 11:13:21 AM |
| 10 | A    No.  The government, the federal | 11:13:22 AM |
| 11 | government, has -- basically has me -- a file on me. | 11:13:27 AM |
| 12 | Q    Okay.  Did you give them like a passport or | 11:13:31 AM |
| 13 | a Social Security Card? | 11:13:36 AM |
| 14 | A    No.  They did -- they do a complete | 11:13:37 AM |
| 15 | background investigation for a security clearance | 11:13:40 AM |
| 16 | plus they have to do continuing investigations to | 11:13:43 AM |
| 17 | maintain it. | 11:13:47 AM |
| 18 | Q    I don't mean for you to -- that was an | 11:13:47 AM |
| 19 | unclear question.  I'm not asking how you got the | 11:13:50 AM |
| 20 | security clearance, but how you got through the | 11:13:54 AM |
| 21 | doors to volunteer, did you fill out any paperwork? | 11:13:56 AM |
| 22 | Did you give them any documentation?  Or did you | 11:14:00 AM |
| 23 | just tell them your name and they just looked you | 11:14:02 AM |
| 24 | up? | 11:14:04 AM |
| 25 | A    They just looked me up. | 11:14:04 AM |

Page 100

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 194

| | | |
|---|---|---|
| 1 | Q      And it says you built several forensic | 11:14:07 AM |
| 2 | machines with large fiber channel RAID assemblies | 11:14:09 AM |
| 3 | for use in the field. | 11:14:13 AM |
| 4 | A      Yes. | 11:14:14 AM |
| 5 | Q      For the layperson, that is you installed | 11:14:15 AM |
| 6 | redundant media storage, hard drives, things of that | 11:14:21 AM |
| 7 | nature? | 11:14:26 AM |
| 8 | A      That would be just one small little aspect | 11:14:26 AM |
| 9 | it. | 11:14:28 AM |
| 10 | Q      The RAID? | 11:14:29 AM |
| 11 | A      The RAID, yeah. | 11:14:30 AM |
| 12 | Q      Let's see, installed and configured systems | 11:14:34 AM |
| 13 | for mobile laboratory. | 11:14:36 AM |
| 14 | A      Yes. | 11:14:38 AM |
| 15 | Q      What's a mobile lab?  Do you mean an FBI | 11:14:38 AM |
| 16 | truck? | 11:14:41 AM |
| 17 | A      Yes. | 11:14:42 AM |
| 18 | Q      And you -- from what, from the shell of a | 11:14:42 AM |
| 19 | truck you installed the whole system? | 11:14:45 AM |
| 20 | A      No.  All of the computer systems that were | 11:14:47 AM |
| 21 | used for forensic exams. | 11:14:50 AM |
| 22 | Q      Who do they normally use for this work? | 11:14:53 AM |
| 23 | A      What's that? | 11:14:55 AM |
| 24 | Q      Okay.  So you were volunteering for less | 11:14:56 AM |
| 25 | than -- for maybe six months. | 11:14:59 AM |

Page 101

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 195

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | A    No, it was more than that.  It was more | 11:15:02 AM |
| 2 | like seven or eight -- seven, eight months, maybe | 11:15:04 AM |
| 3 | nine months. | 11:15:11 AM |
| 4 | Q    Seven, eight, nine months you're | 11:15:12 AM |
| 5 | volunteering at the lab and they have you installing | 11:15:14 AM |
| 6 | computer systems in their truck? | 11:15:16 AM |
| 7 | A    Oh, yeah. | 11:15:18 AM |
| 8 | Q    Who did they normally use when they're not | 11:15:19 AM |
| 9 | so fortunate to have someone walk off the street and | 11:15:21 AM |
| 10 | volunteer their time? | 11:15:24 AM |
| 11 | A    They would have had one of their guys doing | 11:15:25 AM |
| 12 | it. | 11:15:27 AM |
| 13 | Q    Why did they agree to let you do it? | 11:15:27 AM |
| 14 | A    Oh, well, I was offering -- the exchange | 11:15:30 AM |
| 15 | was mutually beneficial for both of us.  I was | 11:15:33 AM |
| 16 | offering any services that I could offer and in | 11:15:36 AM |
| 17 | exchange I was being utilized in every part of their | 11:15:40 AM |
| 18 | process so that I could learn -- you know, because I | 11:15:44 AM |
| 19 | told them -- I said I wanted to know -- and I think | 11:15:48 AM |
| 20 | verbatim what I said was -- when he asked, well, | 11:15:51 AM |
| 21 | what do you want in exchange, I said I want to know | 11:15:53 AM |
| 22 | your process when the evidence walks in the door | 11:15:56 AM |
| 23 | from the moment it walks in to the moment it leaves. | 11:15:59 AM |
| 24 | Q    Did you handle evidence? | 11:16:17 AM |
| 25 | A    In some aspects, yes. | 11:16:21 AM |

Page 102

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 196

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | |
|---|---|---|
| 1 | were left? | 11:42:14 AM |
| 2 | A    One of the things that we did is we set it | 11:42:15 AM |
| 3 | up to where the recipient of a call can press a | 11:42:17 AM |
| 4 | button to leave a message themselves. | 11:42:23 AM |
| 5 | Q    Are there any other call centers that you | 11:42:28 AM |
| 6 | have set up besides Homeytel? | 11:42:41 AM |
| 7 | A    Well, Homeytel was pretty well a full-time | 11:42:43 AM |
| 8 | thing with the changing it out as frequently as we | 11:42:47 AM |
| 9 | did, because as the demand for more lines grew, the | 11:42:50 AM |
| 10 | demand for other dialers and other types of phone | 11:42:55 AM |
| 11 | lines changed. | 11:42:57 AM |
| 12 | Other than that, I have advised some of his | 11:43:02 AM |
| 13 | clients who are also -- who had call centers, I | 11:43:06 AM |
| 14 | would give them advice and help and, you know, help | 11:43:09 AM |
| 15 | them with little issues of theirs. | 11:43:13 AM |
| 16 | Q    But for which companies did you physically | 11:43:17 AM |
| 17 | set up the call center? | 11:43:19 AM |
| 18 | A    It would be Homeytel's. | 11:43:20 AM |
| 19 | Q    That's the only one? | 11:43:22 AM |
| 20 | A    Yes. | 11:43:23 AM |
| 21 | Q    What were the other names of the other | 11:43:24 AM |
| 22 | companies you mentioned? | 11:43:27 AM |
| 23 | A    I don't remember.  Those were real quick | 11:43:28 AM |
| 24 | and short and it was -- I don't remember the names. | 11:43:33 AM |
| 25 | Q    Have you operated any other dialers? | 11:43:39 AM |

Page 120

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| 1 | A | Yes. | 11:43:44 AM |
|---|---|---|---|
| 2 | Q | And which ones? | 11:43:45 AM |
| 3 | A | My own. | 11:43:47 AM |
| 4 | Q | You have your own? | 11:43:48 AM |
| 5 | A | Yes. | 11:43:49 AM |
| 6 | Q | How many? | 11:43:50 AM |
| 7 | A | One.  When I need one, I'll fire it up. | 11:43:51 AM |
| 8 | Q | Where is it? | 11:43:55 AM |
| 9 | A | It is at home. | 11:43:56 AM |
| 10 | Q | That's where you work out of? | 11:43:58 AM |
| 11 | A | Yes. | 11:44:00 AM |
| 12 | Q | What do you use that for? | 11:44:01 AM |
| 13 | A | I made some calls for friends of mine when | 11:44:05 AM |
| 14 | | they're running for political office. | 11:44:10 AM |
| 15 | Q | Can we call them robocalls then? | 11:44:13 AM |
| 16 | A | No.  I still don't like the term, because | 11:44:15 AM |
| 17 | | it is only one small group of people that uses the | 11:44:18 AM |
| 18 | | term robocalls -- well, no, two. | 11:44:20 AM |
| 19 | Q | I want to use the terms that you're | 11:44:22 AM |
| 20 | | comfortable with. | 11:44:24 AM |
| 21 | A | Yeah, I just say prerecorded. | 11:44:26 AM |
| 22 | | So I have done some prerecorded messages | 11:44:28 AM |
| 23 | | with those.  I've also done some predictive dial, | 11:44:30 AM |
| 24 | | but I don't like doing predictive dial in some | 11:44:33 AM |
| 25 | | reasons. | 11:44:38 AM |

Page 121

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 12:59:14 PM |
| 2 | Q | And any other employees? | 12:59:15 PM |
| 3 | A | No.  I have my wife helping with some of | 12:59:17 PM |
| 4 | the administrative stuff. | | 12:59:20 PM |
| 5 | Q | She's not on the actual corporation | 12:59:21 PM |
| 6 | payroll? | | 12:59:24 PM |
| 7 | A | No, she is.  She's on the payroll. | 12:59:26 PM |
| 8 | Q | Okay.  So how many employees total? | 12:59:27 PM |
| 9 | A | It would be me and her. | 12:59:30 PM |
| 10 | Q | And you run that out of your house? | 12:59:34 PM |
| 11 | A | Yes. | 12:59:36 PM |
| 12 | Q | In Spring Valley? | 12:59:41 PM |
| 13 | A | Yes. | 12:59:43 PM |
| 14 | Q | The phone number you list on your CV, is | 12:59:45 PM |
| 15 | that a landline or a cell phone?  It is on the first | | 12:59:49 PM |
| 16 | page of your CV. | | 12:59:56 PM |
| 17 | A | It's a landline.  That's voice over IP. | 12:59:58 PM |
| 18 | That gets forwarded to my cell. | | 01:00:02 PM |
| 19 | Q | So in this case was Hansen Legal | 01:00:07 PM |
| 20 | Technologies engaged? | | 01:00:12 PM |
| 21 | A | Yes. | 01:00:14 PM |
| 22 | Q | And the work that you described in your | 01:00:20 PM |
| 23 | report that you did on this case, where did you do | | 01:00:22 PM |
| 24 | that work? | | 01:00:25 PM |
| 25 | A | I did that from my house. | 01:00:26 PM |

Page 137

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 220

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | | |
|---|---|---|---|
| 1 | Q | The home office? | 01:00:28 PM |
| 2 | A | Yes. | 01:00:29 PM |
| 3 | Q | Do you have a separate room in the house | 01:00:30 PM |
| 4 | just for the home office? | | 01:00:32 PM |
| 5 | A | Yes. | 01:00:34 PM |
| 6 | Q | Is it single-family? | 01:00:36 PM |
| 7 | A | Yes. | 01:00:38 PM |
| 8 | Q | And on what system do you do that?  Do you | 01:00:39 PM |
| 9 | have a desktop computer, a laptop or both? | | 01:00:45 PM |
| 10 | A | I have multiple machines.  This particular | 01:00:48 PM |
| 11 | case was done on a laptop. | | 01:00:51 PM |
| 12 | Q | Do you know what kind? | 01:00:54 PM |
| 13 | A | It is an Asus. | 01:01:01 PM |
| 14 | Q | How many other machines at your home office | 01:01:04 PM |
| 15 | do you use for your TCPA witness job? | | 01:01:06 PM |
| 16 | A | I use a total of five for different things. | 01:01:16 PM |
| 17 | Q | And on your Asus machine that's used in | 01:01:22 PM |
| 18 | this case, what's the operating system? | | 01:01:25 PM |
| 19 | A | Linux Mint 17.2. | 01:01:30 PM |
| 20 | Q | Does it have a built-in hard drive? | 01:01:33 PM |
| 21 | A | This one it's a removable hard drive. | 01:01:39 PM |
| 22 | Q | Is that where you -- | 01:01:42 PM |
| 23 | A | Maybe I'm not being clear. | 01:01:45 PM |
| 24 | Q | Okay. | 01:01:46 PM |
| 25 | A | As compared to that machine there which has | 01:01:47 PM |

Page 138

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 221

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Jeffrey A. Hansen - 7/18/2016

| | | | |
|---|---|---|---|
| 1 | Q | How do you find time to work on all of the | 01:36:09 PM |
| 2 | | different reports? | 01:36:11 PM |
| 3 | A | That's why I work at home.  I can work | 01:36:12 PM |
| 4 | | through the night. | 01:36:15 PM |
| 5 | Q | Or in the van? | 01:36:16 PM |
| 6 | A | Yeah. | 01:36:17 PM |
| 7 | Q | You mentioned the Strauss case earlier, | 01:36:34 PM |
| 8 | | were you engaged as an expert in that case? | 01:36:38 PM |
| 9 | A | Yes. | 01:36:40 PM |
| 10 | Q | Did you give a report? | 01:36:41 PM |
| 11 | A | Yes. | 01:36:42 PM |
| 12 | Q | Did you testify? | 01:36:44 PM |
| 13 | A | No. | 01:36:46 PM |
| 14 | Q | You were hired by the plaintiffs' counsel | 01:36:50 PM |
| 15 | | in that case? | 01:36:51 PM |
| 16 | A | Yes. | 01:36:52 PM |
| 17 | Q | Would you say in the last 12 months you | 01:37:04 PM |
| 18 | | have probably done maybe a hundred TCPA punitive | 01:37:06 PM |
| 19 | | class action lawsuits? | 01:37:13 PM |
| 20 | | MR. LESTER:  Objection as to form.  When | 01:37:20 PM |
| 21 | | you say done class action lawsuits, the term done is | 01:37:26 PM |
| 22 | | vague. | 01:37:29 PM |
| 23 | | MR. GERSHMAN:  I'll rephrase. | 01:37:31 PM |
| 24 | | MR. LESTER:  Okay. | 01:37:31 PM |
| 25 | | BY MR. GERSHMAN: | 01:37:32 PM |

Page 165

GTL's Opp. to Martin's Mtn. for Class Cert., Ex. 2
Consecutive Page No. 225

# EXHIBIT 6

PROPOSED TO BE FILED UNDER SEAL PURSUANT
TO CONFIDENTIALITY PROTECTIVE ORDER (DKT. 31)
AND SUPPLEMENTAL PROTECTIVE ORDER TO GOVERN
THE PRODUCTION/INSPECTION OF SOURCE CODE (DKT. 75)

# EXHIBIT 7

PROPOSED TO BE FILED UNDER SEAL PURSUANT
TO CONFIDENTIALITY PROTECTIVE ORDER (DKT. 31)
AND SUPPLEMENTAL PROTECTIVE ORDER TO GOVERN
THE PRODUCTION/INSPECTION OF SOURCE CODE (DKT. 75)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of October, 2016, I caused to be served copies of the foregoing documents, via ECF on the following:

James A. Francis, Esquire
Mark D. Mailman, Esquire
Geoffrey Baskerville, Esquire
David A.Searles, Esquire
John Soumilas, Esquire
Francis & Mailman, P.C.
Land Title Building – 19th Floor
100 South Broad Street
Philadelphia, PA  19110
(215) 735-8600

*Attorneys for Plaintiff*

/s/ Brian T. Feeney
Brian T. Feeney, Esquire