IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BILL DOMINGUEZ, on behalf of himself and all others similarly situated,**<br>**Plaintiff**<br><br>**v.**<br><br>**YAHOO!, INC.,**<br>**Defendant** | **CIVIL ACTION**<br><br>**NO. 13-1887** |

## O R D E R

**AND NOW**, this <u>27th</u> day of January 2017, after review of documents ECF 70, ECF 87, ECF 103, ECF 91, ECF 97, ECF 106, along with all associated memoranda, attachments, and exhibits thereto, after hearing oral argument on January 10, 2017, and after review of post-hearing briefing (ECF 118 and ECF 123), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Yahoo's Renewed Motion for Summary Judgment (ECF 70) and Yahoo's Motion to Exclude Plaintiff's Experts (ECF 91) are **GRANTED**.

Therefore, Plaintiff's Amended Complaint, ECF 67, is dismissed.

The Clerk shall close this case.

BY THE COURT:

<u>/s/ Michael Baylson</u>
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-1887 dominguez v. yahoo\13-1887 Summary Judgment Order.docx