UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BILL H. DOMINGUEZ**, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>**YAHOO! INC.,**<br>          Defendant. | :<br>:<br>:<br>:<br>: C.A. No. 2:13-cv-01887-MMB<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF APPEAL

Notice is hereby given that Bill H. Dominguez, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the January 27, 2017 Memorandum (Doc. 127) and Order (Doc. 128), which: (i) granted Defendant Yahoo! Inc.'s Renewed Motion for Summary Judgment; (ii) granted Defendant's Motion to Exclude Plaintiff's Experts; and (iii) dismissed Plaintiff's Amended Complaint.

                                      Respectfully submitted,

                                      **FRANCIS & MAILMAN, P.C.**

                                      */s/ James A. Francis*
                                      James A. Francis
                                      David A. Searles
                                      John Soumilas
                                      Lauren KW Brennan
                                      100 S. Broad Street, Suite 1902
                                      Philadelphia, PA 19110
                                      Tel. (215) 735-8600

                                      *Attorneys for Plaintiff*

Dated: January 30, 2017

## CERTIFICATE OF SERVICE

      I, JAMES A. FRANCIS, hereby certify that, on this date, I caused a true and correct copy of the foregoing Notice of Appeal to be served by way of ECF notification upon all counsel of record.

**FRANCIS & MAILMAN, P.C.**

*/s/ James A. Francis*
James A. Francis, Esquire

DATE: January 30, 2017