UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 17-1243

BILL H. DOMINGUEZ, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

Appellant

v.

YAHOO, INC.

FILED
AUG 0 1 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D. C. Civil Action No. 2-13-cv-01887)
District Judge: Honorable Michael M. Baylson

Submitted under Third Circuit LAR 34.1(a)
on October 2, 2017

Before: SHWARTZ and ROTH, Circuit Judges and PAPPERT*, District Judge

**JUDGMENT**

This case came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted on October 2, 2017.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court entered January 27, 2017, be and the same is hereby affirmed, costs to be

---

* Honorable Gerald J. Pappert, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

assessed against Appellant. All of the above in accordance with the Opinion of this Court.

**ATTEST:**

s/ Patricia S. Dodszuweit
Clerk

Dated: June 26, 2018

Costs taxed in favor of Appellee Yahoo Inc. as follows:

| | |
|---|---|
| Brief | $ 59.20 |
| Redacted Brief | $ 58.40 |
| Appendix | $169.50 |
| Redacted Appendix | $143.00 |
| TOTAL | $430.10 |

Certified as a true copy and issued in lieu of a formal mandate on August 1, 2018

Teste: *[signature]*
**Clerk, U.S. Court of Appeals for the Third Circuit**